STATE v. GRIGSBY

No. 364PA99

Case below: 134 N.C.App. 315

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 7 October 1999. Petition by Attorney General for writ of supersedeas allowed 7 October 1999. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 7 October 1999.

STATE v. HARRIS

No. 444P99

Case below: 135 N.C.App. 734

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 4 November 1999.

STATE v. HARTMAN

No. 531A94-2

Case below: Northampton Superior Court

Petition by defendant for writ of certiorari to review the order of the Superior Court, Northampton County denied 7 October 1999.

STATE v. JONES

No. 395A91-5

Case below: 350 N.C. 822
350 N.C. 843

Petition by defendant to correct misstatements of law and fact in the special order, or, in the alternative to remand for findings necessary to the Court's conclusion of harmless error dismissed 7 October 1999.